UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Parish Kejuan McNeil                                         Docket No. 7:11-CR-161-4BO

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Parish Kejuan McNeil, who, upon an earlier plea of guilty to Interfere With Commerce by Robbery, and Aiding and Abetting 18 U.S.C. §§ 1951 and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 19, 2012, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Parish Kejuan McNeil was released from custody on November 17, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant remains in full compliance with release conditions. He is submitting to drug testing with favorable results and in order to encourage continued compliance, it is recommended that the conditions of supervision be modified to include a condition providing for substance abuse testing and treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. If directed by the U.S. Probation Officer, the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                                    /s/ David W. Leake
Robert L. Thornton                                          David W. Leake
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                                       2 Princess Street, Suite 308
                                                                       Wilmington, NC 28401-3958
                                                                       Phone: 910-679-2045
                                                                       Executed On: February 8, 2018

Parish Kejuan McNeil
Docket No. 7:11-CR-161-4BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_9\_\_\_ day of \_\_Feb_____, 2018, and ordered filed and made a part of the records in the above case.

*/s/ Terrence Boyle*
Terrence W. Boyle
U.S. District Judge