UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:11-CR-161-4BO
Civil No. 7:19-CV-52-BO

| | | |
|---|---|---|
| Parish Kejuan McNeil, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER |
| United States of America, | ) ) | |
| Respondent. | ) ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This _\_ day of March, 2019.

TERRENCE W. BOYLE
CHIEF, UNITED STATES DISTRICT JUDGE